Order entered August 19, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01719-CV

**TENET HEALTHSSYSTEM HOSPITALS DALLAS, INC., Appellant**

**V.**

**NORTH TEXAS HOSPITAL PHYSICIANS GROUP, P.A., Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-00717-2009**

## ORDER

Appellant's Motion to Amend the Judgment is **GRANTED.**

/s/      KERRY P. FITZGERALD
           JUSTICE